ALICE KRAMEDJIAN v. TOWN OF IRVINGTON AND STATE
OF NEW JERSEY, DEPARTMENT OF CIVIL SERVICE.

July 2, 1984.

Petition for certification denied.

BLANCA BARRETO v. AUDREY HARRIS, DIRECTOR, NEW
JERSEY DIVISION OF PUBLIC WELFARE, DEPARTMENT
OF HUMAN SERVICES.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT DOCKS.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH SOWELL.

July 2, 1984.

Petition for certification denied.